IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CURTIS EARL SCARVER, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:13-cv-825-WHA |
| | ) |
| | ) |
| GARY HETZEL, et al., | ) |
| | ) |
| Respondents. | ) |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. # 9), entered on March 17, 2014, and the Petitioner's Objections (Doc. # 10), filed on March 28, 2014.

After an independent evaluation and de novo review of the file in this case the court finds the objections to be without merit. Petitioner merely reargues the issues of equitable tolling and actual innocence as he did before the Magistrate Judge. The court agrees with the well-reasoned findings of the Magistrate Judge in those regards, and it is hereby

ORDERED as follows:

1. Petitioner's objections are overruled.

2. The court adopts the Recommendation of the Magistrate Judge (Doc. # 9).

3. This petition for habeas corpus relief is DENIED, and this case is DISMISSED pursuant to 28 U.S.C. § 2244(d).

4. Costs are taxed against the Petitioner.

DONE this 6th day of June, 2014.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE